IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY PARDO,

      Plaintiff,                    No. CIV S-04-1104 LKK GGH P

    vs.

RICHARD RIMMER, et al.,

      Defendants.               ORDER

_____/

        By order filed on March 29, 2005, plaintiff was directed to file the documents necessary for service upon defendants to be effected within thirty days. It was noted therein that plaintiff had been directed to do so originally in an order filed on December 15, 2004. By filings dated April 18, 2005, plaintiff asks the court to provide him once again with the documents necessary for service to be effected, seeks an additional extension of time of ninety days to do so and seeks an order to High Desert State Prison officials directing that he be allowed reasonable law library access and access to his legal property in order to proceed in this action. Plaintiff avers that he has been on an institutional lockdown since January 26, 2005, although he submits no documentation in support of this claim, and that he has an unspecified physical impairment making hand-produced copies very difficult for him.

\\\\\

1

Plaintiff will be granted a thirty day extension of time to show proof that he is being denied access to the forms already provided by the court and that he is being denied all access to photocopying services at the prison law library. Beyond showing that he is subject to an institutional lockdown, plaintiff should also demonstrate when, by whom, and for what reason any specific requests for access to the relevant legal property and to photocopying services have been denied. His requests, filed on April 18, 2005, will otherwise be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted 30 days to provide proof that he is being denied access to his relevant legal property and to all photocopying access at the prison law library as set forth above;

2. Plaintiff's requests, filed on April 18, 2005, are otherwise denied without prejudice.

DATED: 5/3/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
pard1104.ext

2